The People of the State of New York ex rel. City Bank Farmers Trust Company, as Trustee under a Supplemental Trust Agreement with Prudence-Bonds Corporation, Respondent, against Anthony J. Rizzardi, as Commissioner of Assessment and Taxation of the City of New Rochelle, et al.,

Appellants. (Consolidated Proceedings.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 865.]